FILED

01/04/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0018

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0018

_____

S.W. , a minor, by and through her Guardian
Jeffrey Ferguson,

      Plaintiff and Appellee,

   v.

STATE OF MONTANA, by and through the
Montana Department of Public Health and Human
Services,

      Defendant and Appellant.

_____

O R D E R

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to the Court sitting en banc.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Elizabeth A. Best, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 4 2023